**Brandon Callier**
   (Plaintiff)

v.

**Keeping Capital, LLC**
   (Defendant)

**David King**
   (Defendant)

Case No.: EP 21 CV 0016

1/26/21 @ 3:45 PM SERVED
DLF

FILED 2021 FEB -1 AM 9:23 CLERK US DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY

### Return of Service of Process

I, **David Ferrante**, attest that pursuant to Chapter 48 of Florida Statutes, I am authorized to serve this process which was received on 01/25/2021 at 9:52 PM via email from Brandon Callier. Process to be served upon **David King** of **Keeping Capital, LLC, a Florida Limited Liability Company d/b/a Debt Dissolution, c/o David King** located in Sarasota County, FL.

Type of Process: Plaintiff's Complaint and a Civil Action Summons (to each Defendant)

DATE SERVED: 01/26/2021   TIME SERVED: 3:45 PM

The description of the recipient: Age: 50-55   Gender: F   Race: W   Height: 5'7-
Weight: 135   Hair: BLN   Glasses: NO   Additional: SLENDER - WHITE PANTS, TAN BLOUSE, WEDDING RING

___ **INDIVIDUAL SERVICE** by delivering to the named defendant, ___

DLF **SUBSTITUTE SERVICE** by leaving a copy of this process with: BRYONY K. KING
(Relationship) WIFE, business KEEPING CAPITAL therein who is over the age of 15 years.

Additional Comments: 1ST ATTEMPT: 01/26/2021 @ 12:45 PM - NO ANSWER AT DOOR. HOUSE IS A SINGLE-FAMILY RESIDENCE. NOT SERVED.

* BRYONY (WIFE) WAS SERVED AND ACCEPTED SERVICE. BOTH SUMMONS FORMS WERE SERVED TO HER SINCE THE RESIDENCE WAS THE APPARENT PLACE OF BUSINESS. VIDEO AND PHOTOS SAVED TO THE FILE.

David Ferrante, ID #7000
Process Server, 12th Judicial Circuit
InvestigatorOnCall.com
941-777-3247

I am not a party to this person nor have interest in the above action, and I am over the age of 18. I am a U.S. Citizen, an authorized Process Server, and my identification number is 7000 and expires August 31, 2021. This service of process does not require a notary as I am a sworn and certified.