UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § | |
| § | |
| *Plaintiff*, § | |
| v. § | EP-21-CV-00011-DCG |
| § | |
| **THE LITIGATION PRACTICE GROUP,** § | |
| **PC,** *a California professional* corporation, § | |
| **DANIEL MARCH**, **KEEPING CAPITAL,** § | |
| **LLC,** *a Florida Limited Liability Company* § | |
| *d/b/a Debt* Solutions, **DAVID KING,** § | |
| § | |
| *Defendants*. § | |

## ORDER DISMISSING CLAIMS AGAINST
## DEFENDANTS THE LITIGATION PRACTICE GROUP, PC AND DANIEL MARCH

On February 1, 2021, Plaintiff Brandon Callier filed his "Motion to Dismiss Defendants The Litigation Practice Group, PC and Daniel March With Prejudice" (ECF No. 4). Therein, Plaintiff requests the Court to dismiss his claims against Defendants The Litigation Practice Group, PC and Daniel March because they "have resolved their case and completed their obligations." In view thereof, the Court construes Plaintiff's motion as a stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and enters the following orders:

**IT IS ORDERED** that all of Plaintiff Brandon Callier's claims against Defendants The Litigation Practice Group, PC and Daniel March in the above matter are **DISMISSED WITH PREJUDICE**.

**IT IS THEREFORE ORDERED** that Defendants The Litigation Practice Group, PC and Daniel March are **TERMINATED** from this case.

-2-

**So ORDERED and SIGNED this 2nd day of February 2021.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**