UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE LITIGATION PRACTICE GROUP, PC a California professional corporation, **DANIEL MARCH, KEEPING CAPITAL, LLC,** a Florida Limited Liability Company d/b/a **DEBT DISSOLUTION,** and **DAVID KING**<br><br>　　　　　　Defendants. | Case # 3:21-CV-00011-DCG |

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT FOR SUM CERTAIN

Plaintiff Brandon Callier requests that the Clerk of Court enter Judgment by Default against Defendants Keeping Capital, LLC and David King, pursuant to Federal Rule of Civil Procedure 55(b)(1). In support of this request Plaintiff relies upon the record in this case and the statement of amount due and affidavit submitted herein.

Date March 31, 2021

　　　　　　　　　　　　　　　　　　／s／ Brandon Callier
　　　　　　　　　　　　　　　　　　Brandon Callier
　　　　　　　　　　　　　　　　　　Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, § § § Plaintiff, § § v. § § THE LITIGATION PRACTICE GROUP, PC § a California professional corporation, DANIEL § MARCH, KEEPING CAPITAL, LLC, a Florida § Limited Liability Company d/b/a DEBT § DISSOLUTION, and DAVID KING § § Defendants. § § | Case # 3:21-CV-00011-DCG |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT FOR SUM CEERTAIN and STATEMENT OF AMOUNT DUE

I, Brandon Callier, being duly sworn, state as follows:

1. I am the Plaintiff, Pro Se, in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. The amount due in this action is:
   a. $500 in statutory damages for each of 13 § 227(b) violations pursuant to 47 U.S.C. § 227(b)(3)(B); and
   b. $500 in statutory damages for each of 13 § 227(c) violations pursuant to 47 U.S.C. § 227(c)(5)(B).
   For a total of $13,000.00

3. This action was filed on or about January 19, 2021. Proof of service documents duly filed in the docket of this case show that the defendants were served with the Summons and Complaint in this action more than sixty (60) days ago, that defendants are not in military service, or an infant or incompetent.

4. Defendants did not answer or otherwise appear in the above-entitled action and time to do so has lapsed.

1

5. Defendant David King is the owner of Defendant Debt Dissolution.
6. Defendants The Litigation Practice Group and Daniel March were previously dismissed from the case.
7. From December 15, 2020 to December 18, 2020 Defendants sent Plaintiff 13 robocalls and robotexts.
8. Pursuant to Federal Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk of the Court entered a Certificate of the Entry of Default against the Defendants Keeping Capital, LLC and David King on March 23, 2021.
9. Upon information and belief, the amount due of $13,000 is justly due and owing and no part thereof has been paid except as herein set forth.
10. The disbursements set forth in this affidavit and sought to be taxed have been made in the action or will necessarily be made or incurred therein.

Dated March 27, 2021

Sworn to and subscribed before
Me this 29 day of March
2021

_____
Notary Public
My Commission Expires: May 18, 2021

Brandon Callier
Plaintiff, Pro-se

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>Plaintiff,<br><br>v.<br><br>THE LITIGATION PRACTICE GROUP, PC<br>a California professional corporation, **DANIEL**<br>**MARCH, KEEPING CAPITAL, LLC,** a Florida<br>Limited Liability Company d/b/a **DEBT**<br>**DISSOLUTION,** and **DAVID KING**<br><br>Defendants. | Case # 3:21-CV-00011-DCG |

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2021 I caused a true copy of the foregoing, **REQUEST FOR ENTRY OF DEFAULT JUDGMENT FOR SUM CERTAIN,** and **AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT FOR SUM CERTAIN and STATEMENT OF AMOUNT DUE,** to be served via United States Postal Service on David King, Defendant and Registered Agent of Defendant Keeping Capital LLC at 6445 Hollywood Boulevard Sarasota, Florida, 34231.

March 31, 2021                    Respectfully submitted,

*[signature]*

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com