UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | EP-21-CV-00011-DCG |
| | § | |
| **KEEPING CAPITAL, LLC,** *a Florida Limited Liability Company d/b/a Debt Solutions*, **DAVID KING,** | § § § § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

In accordance with the Court's "Memorandum Order" entered on April 22, 2021, the Court hereby enters, pursuant to Federal Rule of Civil Procedure 58, its Final Judgment disposing of this action in its entirety. There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

**IT IS ORDERED** that Defendants Keeping Capital, LLC d/b/a Debt Solutions and David King **SHALL PAY** *pro se* Plaintiff Brandon Callier **$13,000.00** in statutory damages **plus costs**.

**IT IS FURTHER ORDERED** that Defendants Keeping Capital, LLC d/b/a Debt Solutions and David King **SHALL PAY** *pro se* Plaintiff Brandon Callier post-judgment interest at the rate of **0.06%**, until paid in full, to be compounded annually pursuant to the provisions of 28 U.S.C. § 1961(b).

**IT IS MOREOVER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**IT IS FINALLY ORDERED** that all pending motions, if any, are **DENIED AS MOOT**, and that the District Clerk **SHALL CLOSE** this case.

-2-

**So ORDERED and SIGNED this 22nd day of April 2021.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**